UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20007-CIV-MORENO/SIMONTON
<u>CONSENT CASE</u>

ANDRE JOHNSON,

    Plaintiff,

v.

EXPRESS SERVICE MESSENGER &
TRUCKING INC., et al.,

    Defendants.
_____/

<u>TEN DAY NOTICE OF CONSIDERATION OF
MOTION FOR SUMMARY JUDGMENT</u>

This cause is before the Court upon the Motion for Summary Judgment filed by Defendants (DE # 43). This motion is fully briefed. Nevertheless, the Court provides this notice pursuant to Federal Rule of Civil Procedure 56(c). *See e.g., Restigouch v. Town of Jupiter*, 59 F.3d 1208, 1213 (11th Cir. 1995); *Brown v. Shinbaum*, 828 F.2d 707, 708 (11th Cir. 1987); *Moore v. State of Florida*, 703 F.2d 516, 519 (11th Cir. 1983).

Based upon a review of the record as a whole, it is

**ADJUDGED** that the Court will take the motion for summary judgment, all materials in support and all materials in opposition under consideration ten days from when the Court files this Order. Therefore, any sworn affidavits or other admissible material in opposition to the Defendant's motion for summary judgment must be filed not later than June 3, 2008. The failure of a party to exercise its rights pursuant to this notice and Federal Rule of Civil Procedure 56 to file materials in opposition to a summary judgment motion may result in the Court accepting any of the moving party's

uncontroverted evidence as true and may result in a final judgment being entered against the opposing party without the benefit of trial.  *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986).

**DONE AND ORDERED** in Chambers in Miami, Florida, on May 16, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies to:**
**All counsel and *pro se* parties of record**